UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



UNITED STATES OF AMERICA

v.

LEON A. SINGLETON,

Defendant.

Criminal Action No. 3:04-CR-34

## ORDER

THIS MATTER is before the Court on Defendant Leon A. Singleton's Motion for Reconsideration. (Doc. No. 37.) Singleton moves the Court to reconsider its February 3, 2012 Order (Doc. No. 36) denying Singleton's *pro se* Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). As explained more fully in the February 3, 2012 Order, Singleton is ineligible for relief as he was sentenced based on his status as a career offender under United States Sentencing Guidelines Manual § 4B1.1.

In the instant Motion, Singleton asserts, *inter alia*, "that the term of imprisonment 'based on' a guideline range that has not been lowered clearly discriminates against a certain class of individuals." (Def.'s Mot. Recons. 2.) Moreover, Singleton appears to argue that past application of "[d]raconian" drug laws offends the Fifth Amendment of the Constitution, that his sentence represents one such application, and that on this basis, the Court in its discretion should reconsider whether to grant him relief under § 3582.

After a thorough review of the instant Motion, the Court finds Singleton's arguments for reconsideration to be without merit. Accordingly, the Motion will be DENIED.

1

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

/s/<br>
James R. Spencer<br>
United States District Judge

ENTERED this 5th day of April 2012.