Case 3:04-cr-00034-MHL   Document 64   Filed 05/29/19   Page 1 of 1 PageID# 281

Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act | Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

United States of America
v.
Leon A. Singleton

) Case No: 3:04cr34
)
) USM No: 38436-083
)

Date of Original Judgment: September 27, 2004
Date of Previous Amended Judgment: August 21, 2008
*(Use Date of Last Amended Judgment if Any)*

Robert J. Wagner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO THE FIRST STEP ACT

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under the First Step Act for a reduction in the term of imprisonment imposed based on a guideline sentencing range and mandatory minimum sentence that has subsequently been lowered and made retroactive by the United States Congress pursuant to the First Step Act, and having considered such motion, and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is GRANTED IN PART AND DENIED IN PART and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __207 months__ **is reduced to** __200 months*__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Mr. Singleton's term of supervised release is reduced to four years.

*This Order is subject to the prohibition contained within U.S.S.G. § 1B1.10(b)(2)(C), which provides: "In no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

Except as otherwise provided, all provisions of the judgment dated September 27, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 29, 2019

Effective Date: _____
*(if different from order date)*

Judge's signature /s/ M. Hannah Lauck

Hon. M. Hannah Lauck, U.S. District Judge
*Printed name and title*