CRIMINAL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

JUDGE: M. HANNAH LAUCK  CASE NO.: 3:04CR34
OCR: RUTH LEVY, OCR  DATE: SEPTEMBER 19, 2023

## SUPERVISED RELEASE / PROBATION VIOLATION HEARING

COUNSEL

UNITED STATES OF AMERICA  PETER DUFFEY, AUSA

v.

LEON A. SINGLETON  CAROLYN V. GRADY, ESQ.

BAIL STATUS OF DEFENDANT:  ON BOND ☐  INCARCERATED ☒

TYPE OF PROCEEDING:  VIOLATION HEARING ☒  SENTENCING AFTER HEARING ☐
PETITION (ECF 66) & ADDENDUM (ECF 72)

PLEA ENTERED:  GUILTY ☒ AS TO THE PETITION (ECF 66) & CONDITION 7 OF ADDENDUM (ECF 72)
NOT GUILTY ☐

EVIDENCE ADDUCED:
EVIDENCE SUMMARIZED BY GOV'T ☐
PETITION USED UPON AGREEMENT ☐
GOVERNMENT ADDUCED EVIDENCE ☐
DEFENDANT ADDUCED EVIDENCE ☒  **Returned to Defense Atty.**

WITNESSES: GOVT. _____
DEFT: _____

ARGUMENTS BY:  GOVERNMENT ☐  DEFENDANT ☐

JUDGMENT:  DEFENDANT GUILTY ☒  NOT GUILTY ☐
AS TO THE PETITION (ECF 66) & CONDITION 7 OF ADDENDUM (ECF 72)

SUPERVISED RELEASE / PROBATION REVOKED ☒

STATEMENTS MADE:  GOV'T ☒  DEFENSE COUNSEL ☒  DEFENDANT ☒

SENTENCE IMPOSED:  THE GOVT. MAKES AN ORAL MOTION TO WITHDRAW THE MANDATORY CONDITION VIOLATION IN THE ADDENDUM (ECF 72) AS THE STATE COURT DISMISSED THE CHARGE. THE COURT GRANTS THE GOVT.'S ORAL MOTION AND DISMISSES THE VIOLATION OF MANDATORY CONDITION IN THE ADDENDUM. THE DFT. ENTERS A GUILTY PLEA AS TO THE VIOLATIONS LISTED IN THE PETITION (ECF 66) AND CONDITION 7 OF THE ADDENDUM (ECF 72). THE COURT FINDS THE DFT. GUILTY AS CHARGED IN THE PETITION AND AS TO CONDITION 7 OF THE ADDENDUM (ECF 72). THE COURT SENTENCES THE DFT. TO 4 MONTHS INCARCERATION WITH CREDIT FOR TIME SERVED WITH NO SUPERVISION TO FOLLOW UPON RELEASE.

DEFENDANT CONTINUED ON BOND ☐  DEFENDANT REMANDED TO CUSTODY ☒
ADVISED OF RIGHT TO APPEAL ☒

SET: 1:30 PM  BEGAN: 1:38 PM  ENDED: 2:12 PM  TIME IN COURT: 34 MINUTES